UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-290 JMR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS INTERNATIONAL RESEARCH & INFORMATION SERVICES, INC,<br><br>Defendant. | ) | **SATISFACTION OF MONETARY IMPOSITION AND RELEASE OF ABSTRACT** |

The monetary imposition of $400.00 special assessment and $30,000.00 fine in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record,

AND, the Recorder for the County of Dakota, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's Office of Dakota County, as Document No. 2193742, in the amount of $30,400.00.

Dated: April 13, 2007

RACHEL K. PAULOSE
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600